**GEBHART, L.**

v.

**GEBHART, S.**

1089 MDA 2016

Superior Court of Pennsylvania.

03/30/2017

Reargument Denied 6/8/2017

2010–S–642 (Adams)

Affirmed

**COM.**

v.

**HARSH, M.**

1369 MDA 2016

Superior Court of Pennsylvania.

3/30/2017

CP–28–CR–0001080–2015 (Franklin)

Affirmed—Application to Withdraw as Counsel Granted

**J.J.M.**

v.

**D.H.M.**

1409 MDA 2016

Superior Court of Pennsylvania.

03/30/2017

2014–FC–41475 (Lackawanna)

Affirmed

**BLOUGH, J.**

v.

**MATKOSKEY, D.**

1030 WDA 2016

Superior Court of Pennsylvania.

Filed 03/30/2017

DRS 0008415 /PACSES No. 495115247 (Somerset)

Affirmed

